United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAPTISTA BULA NASESEL ZEFERINDU, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-09612 |
| MARTIN FRINK, | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

The petitioner, Baptista Bula Nasesel Zeferindu, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials. Petitioner filed a second petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention. Doc. No. 1. On July 14, 2026, the court dismissed a similar petition from the petitioner with prejudice for failure to state a claim for habeas relief. *See Nasesel Zeferindu v. Frink*, Civ. A. No. H-26-2997 (S.D. Tex. Jul. 14, 2026). Petitioner's new petition does not reflect that there has been a material change in his circumstances since the court dismissed his first petition. The petitioner is cautioned that repetitive filings where there is no material change in circumstances waste judicial resources and may result in a finding of an abuse of the writ or that the petitioner is not proceeding in good faith.

Accordingly, the Court **ORDERS** as follows:

1. The petition is **DISMISSED** for the same reasons set forth in Civil Action No. H-26-2997.
2. All pending motions, if any, are **DENIED**.
3. This case is **CLOSED**.

SIGNED this 4th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE